RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 11/19/10
BY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **CHRISTOPHER RAY KELLY** <br> **LA. DOC #461607** <br> **VERSUS** <br><br> **MADISON CORRECTIONAL** <br> **CENTER, ET AL.** | **CIVIL ACTION NO. 3:10-cv-1294** <br><br> **SECTION P** <br><br> **JUDGE ROBERT G. JAMES** <br><br> **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

MONROE, LOUISIANA, this 17 day of November, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE